STATE v. WOODARD

No. 519PA01

Case below: 146 N.C. App. 75

354 N.C. 579

Conditional petition by defendant as to additional issues in this matter for discretionary review of the decision of the North Carolina Court of Appeals pursuant to G.S. 7A-31 allowed 20 December 2001.

SUNSCRIPT PHARMACY CORP. v. N.C. BD. OF PHARMACY

No. 14P02

Case below: 147 N.C. App. 446

Motion by plaintiff for temporary stay allowed 10 January 2002.

VAUGHN v. CVS REVCO D.S., INC.

No. 441P01

Case below: 144 N.C. App. 534

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

WASHINGTON v. MITCHELL

No. 676P01

Case below: 146 N.C. App. 720

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

WILKERSON v. MacCLAMROCK

No. 6P02

Case below: 146 N.C. App. 448

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.